**Kenneth V. AWE, Plaintiff–Appellant,**

v.

**VIRGINIA DEPARTMENT OF CORRECTIONS, Defendant–Appellee.**

No. 13–6020.

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 23, 2013.

Kenneth V. Awe, Appellant Pro Se.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth V. Awe appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint pursuant to 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Awe v. Virginia Dep't of Corr.*, No. 7:12–cv–00581–JLK–RSB (W.D.Va. Dec. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*